IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

EDDIE KESHAUN BROWLEY                                                          PLAINTIFF

v.                                              CIVIL ACTION NO. 3:23-cv-188-HTW-LGI

WARDEN UNKNOWN JACKSON, ET AL.                                        DEFENDANTS

FINAL JUDGMENT

In accordance with the Court's Order of Dismissal entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 26th day of September, 2023.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE